IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN JOHNSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:13-cv-579-WHA |
| TROY CITY BOARD OF EDUCATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the court on the Consent Agreement (Doc. # 24) filed on December 10, 2013, by which the parties have agreed to be bound. The parties in this case are to be commended for reaching an agreement that disposes of this potentially divisive case. Upon consideration of the Consent Agreement, which memorializes the agreement between the parties, and pursuant to that Agreement, it is hereby ORDERED as follows:

1. Defendant Troy City Board of Education is enjoined from "sending Parental Request notices and forms [identified in the Complaint] to the parents of students either enrolled, or to be enrolled, in kindergarten (at the Hank Jones Early Childhood Center, located on the [Troy Elementary School] campus) and in grades 1–6." (Doc. # 24 at 1.)

2. Counsel for Plaintiffs, Eric Tavaris Hutchins, is awarded attorney's fees in the amount of $10,500, to be paid by the Defendant Troy City Board of Education.

3. This case is dismissed with prejudice, with costs taxed against the Defendants.

DONE this 11th day of December, 2013.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE